**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| La Mia Bella Famigilia, LP, | § | Case No. 18-41524-BR-7 |
| | § | |
| Debtors. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to Bankruptcy Rule 9010(b), Patrick M. Lynch of QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C., hereby makes this notice of appearance as attorney for Lucien Tujague, creditor and party in interest in the above-referenced proceeding.

Please take further notice that Patrick M. Lynch of QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C., requests that all notices given or required to be given in Case No. 18-41524-BR-7 be given to the following:

Patrick M. Lynch, Esq.
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201

The foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, demands, hearings, requests, disclosure statements, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to Case No. 18-41524-BR-7, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. Please take notice that Patrick M. Lynch and his law firm are not authorized agents to accept

service of process on behalf of Lucien Tujague, and nothing contained in this Notice of Appearance shall be construed to imply the same.

        Respectfully submitted,

        QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
        2001 Bryan Street, Suite 1800
        Dallas, TX 75201
        (214) 871-2100 (telephone)
        (214) 871-2111 (telefax)

        By:  /s/ Patrick M. Lynch
            Patrick M. Lynch
            State Bar Number 24065655
            Email: plynch@qslwm.com

        ATTORNEYS FOR MOVANT, LUCIEN TUJAGUE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon the parties listed below by First Class Mail, postage prepaid, or by electronic filing notification, on the date of electronic filing hereof.

U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

Gerritt M. Pronske, Esq.
Pronske Goolsby & Kathman, P.C.
2701 Dallas Parkway, Suite 590
Plano, TX 75093

Michelle Chow, Trustee
6318 E. Lovers Lane
Dallas, TX 75214

          /s/ Patrick M. Lynch
          Patrick M. Lynch